# EXHIBIT A

| Details | Posting Date | Description | Amount | Type |
|---|---|---|---|---|
| DEBIT | 2023-12-27 | Online Realtime Transfer to AX 1965 transaction#: 19410467427 reference#: 9410467427RX 12/27 | -144.07 | ACCT_XFER |
| DEBIT | 2023-12-27 | Online Realtime Transfer to AX 1965 transaction#: 19410440635 reference#: 9410440635RX 12/27 | -9000 | ACCT_XFER |
| DEBIT | 2023-12-27 | Online Realtime Transfer to AX 1965 transaction#: 19410401787 reference#: 9410401787RX 12/27 | -25000 | ACCT_XFER |
| DEBIT | 2023-12-27 | Online Realtime Transfer to AX 1965 transaction#: 19410425568 reference#: 9410425568RX 12/27 | -25000 | ACCT_XFER |
| DEBIT | 2023-12-27 | Online Realtime Transfer to AX 1965 transaction#: 19410424741 reference#: 9410424741RX 12/27 | -25000 | ACCT_XFER |
| DEBIT | 2023-12-13 | Online Realtime Transfer to AX 1965 transaction#: 19280230955 reference#: 9280230955RX 12/13 | -22209.4 | ACCT_XFER |
| DEBIT | 2023-10-30 | Online Realtime Transfer to AX 1965 transaction#: 18842535983 reference#: 9842535983RX 10/30 | -7858.59 | ACCT_XFER |

**Total Reimbursement Required:**
$ 114,212

# EXHIBIT B

| Card | Transaction Date | Post Date | Description | Category | Type | Amount | Total Reimbursement Required: | |
|------|------------------|-----------|-------------|----------|------|--------|---|---|
| 3583 | 2023-11-16 | 2023-11-16 | AMZN Mktp US*QO5MN5423 | Merchandise & Inventory | Sale | -17.48 | $ | 19,253 |
| 3583 | 2023-11-14 | 2023-11-15 | AMZN Mktp US*240GY2OU3 | Merchandise & Inventory | Sale | -107.24 | | |
| 3583 | 2023-11-13 | 2023-11-14 | CAVE CREEK OUTFITTERS | Entertainment | Sale | -211.34 | | |
| 3583 | 2023-11-13 | 2023-11-13 | AMZN Mktp US*G36TT84W3 | Merchandise & Inventory | Sale | -583.44 | | |
| 3583 | 2023-11-13 | 2023-11-13 | AMZN Mktp US*UJ1KU2063 | Merchandise & Inventory | Sale | -81.66 | | |
| 3583 | 2023-11-11 | 2023-11-12 | AMZN Mktp US*118O265R3 | Merchandise & Inventory | Sale | -13.93 | | |
| 3583 | 2023-11-09 | 2023-11-09 | AMZN Mktp US*VD7TT4VL3 | Merchandise & Inventory | Sale | -75.33 | | |
| 3583 | 2023-11-08 | 2023-11-09 | AMZN Mktp US*YW4A74KP3 | Merchandise & Inventory | Sale | -18.25 | | |
| 3583 | 2023-11-05 | 2023-11-06 | AMZN Mktp US*DK59J20E3 | Merchandise & Inventory | Sale | -351.03 | | |
| 3583 | 2023-11-04 | 2023-11-05 | AMZN Mktp US*XY5N90EQ3 | Merchandise & Inventory | Sale | -164.89 | | |
| 3583 | 2023-11-02 | 2023-11-05 | THE HOME DEPOT 472 | Repair & Maintenance | Sale | -14.26 | | |
| 3583 | 2023-11-03 | 2023-11-05 | AMZN Mktp US*3F53C0ZB3 | Merchandise & Inventory | Sale | -88.59 | | |
| 3583 | 2023-10-29 | 2023-10-30 | AMZN Mktp US*E81RW91Z3 | Merchandise & Inventory | Sale | -75.55 | | |
| 3583 | 2023-10-27 | 2023-10-29 | Amazon.com*HP61F8CF3 | Merchandise & Inventory | Sale | -44.36 | | |
| 3583 | 2023-10-27 | 2023-10-29 | THE HOME DEPOT 420 | Repair & Maintenance | Return | 22.35 | | |
| 3583 | 2023-10-26 | 2023-10-29 | THE HOME DEPOT 420 | Repair & Maintenance | Sale | -44.69 | | |
| 3583 | 2023-10-27 | 2023-10-29 | AMZN Mktp US*6P0AE2I63 | Merchandise & Inventory | Sale | -118.41 | | |
| 3583 | 2023-10-26 | 2023-10-27 | AMZN Mktp US*GD1CO1YT3 | Merchandise & Inventory | Sale | -25.92 | | |
| 3583 | 2023-10-25 | 2023-10-26 | Amazon.com*A43JN7NK3 | Merchandise & Inventory | Sale | -39.97 | | |
| 3583 | 2023-10-25 | 2023-10-26 | AMZN Mktp US*W54MW12H3 | Merchandise & Inventory | Sale | -21.6 | | |
| 3583 | 2023-10-24 | 2023-10-25 | WM SUPERCENTER #2766 | Food & Drink | Sale | -5.83 | | |
| 3583 | 2023-10-23 | 2023-10-24 | WESTELM.COM | Repair & Maintenance | Return | 3127.44 | | |
| 3583 | 2023-10-22 | 2023-10-23 | HOMEGOODS # 0578 | Merchandise & Inventory | Sale | -225.76 | | |
| 3583 | 2023-10-22 | 2023-10-23 | WESTELM.COM | Repair & Maintenance | Sale | -4499.21 | | |
| 3583 | 2023-10-12 | 2023-10-13 | WF WAYFAIR3955175126 | Merchandise & Inventory | Sale | -158.82 | | |
| 3583 | 2023-10-09 | 2023-10-09 | NikePOS_US | Merchandise & Inventory | Sale | -60.02 | | |
| 3583 | 2023-10-04 | 2023-10-05 | Amazon.com | Merchandise & Inventory | Return | 319.14 | | |
| 3583 | 2023-10-03 | 2023-10-04 | AMZN Mktp US | Merchandise & Inventory | Return | 205.19 | | |
| 3583 | 2023-09-22 | 2023-09-24 | Amazon.com*T194G60S2 | Merchandise & Inventory | Sale | -319.14 | | |
| 3583 | 2023-09-18 | 2023-09-19 | AMZN Mktp US*TX0U72LW1 | Merchandise & Inventory | Sale | -205.19 | | |
| 3583 | 2023-09-17 | 2023-09-18 | AMZN Mktp US*TX3BL95P2 | Merchandise & Inventory | Sale | -60.44 | | |
| 3583 | 2023-09-15 | 2023-09-17 | THE HOME DEPOT 420 | Repair & Maintenance | Return | 86.41 | | |
| 3583 | 2023-09-15 | 2023-09-17 | THE HOME DEPOT 420 | Repair & Maintenance | Sale | -125.11 | | |
| 3583 | 2023-09-14 | 2023-09-15 | AMZN Mktp US*TR8KG15V1 | Merchandise & Inventory | Sale | -37.79 | | |
| 3583 | 2023-09-14 | 2023-09-15 | WESTELM.COM | Repair & Maintenance | Sale | -1499.03 | | |
| 3583 | 2023-09-14 | 2023-09-14 | AMZN Mktp US*TX5222CZ2 | Merchandise & Inventory | Sale | -140.44 | | |
| 3583 | 2023-09-13 | 2023-09-13 | AMZN Mktp US*TR55W20C1 | Merchandise & Inventory | Sale | -50.21 | | |
| 3583 | 2023-09-11 | 2023-09-12 | WAL-MART #2766 | Food & Drink | Sale | -129.5 | | |
| 3583 | 2023-09-06 | 2023-09-08 | THE HOME DEPOT 457 | Repair & Maintenance | Sale | -54.02 | | |
| 3583 | 2023-09-06 | 2023-09-07 | IKEA TEMPE REST | Food & Drink | Sale | -22.14 | | |
| 3583 | 2023-09-06 | 2023-09-07 | IKEA TEMPE | Merchandise & Inventory | Sale | -52.68 | | |
| 3583 | 2023-09-04 | 2023-09-05 | WESTELM.COM | Repair & Maintenance | Sale | -5455.11 | | |
| 3583 | 2023-08-30 | 2023-08-31 | Amazon.com*T39OB57H0 | Merchandise & Inventory | Sale | -25.16 | | |
| 3583 | 2023-08-30 | 2023-08-31 | BEST BUY MHT  00008706 | Merchandise & Inventory | Sale | -10.79 | | |
| 3583 | 2023-08-30 | 2023-08-31 | AMZN Mktp US*378O4IM2 | Merchandise & Inventory | Sale | -10.79 | | |
| 3583 | 2023-08-30 | 2023-08-31 | Amazon.com*T343E07C0 | Merchandise & Inventory | Sale | -264.58 | | |
| 3583 | 2023-08-29 | 2023-08-30 | AMZN Mktp US*T30IO82Y2 | Merchandise & Inventory | Sale | -34.58 | | |
| 3583 | 2023-08-29 | 2023-08-30 | AMZN Mktp US*T39CL3X91 | Merchandise & Inventory | Sale | -32.38 | | |
| 3583 | 2023-08-30 | 2023-08-30 | AMZN Mktp US | Merchandise & Inventory | Return | 39.97 | | |
| 3583 | 2023-08-29 | 2023-08-30 | AMZN Mktp US*T33VZ0PQ1 | Merchandise & Inventory | Sale | -39.97 | | |
| 3583 | 2023-08-22 | 2023-08-23 | WESTELM.COM | Repair & Maintenance | Return | 144.33 | | |
| 3583 | 2023-08-22 | 2023-08-23 | AMZN Mktp US*TQ4B10BF0 | Merchandise & Inventory | Sale | -12.96 | | |
| 3583 | 2023-08-22 | 2023-08-23 | Amazon.com*TQ1HU5UF2 | Merchandise & Inventory | Sale | -283.06 | | |
| 3583 | 2023-08-11 | 2023-08-13 | WM SUPERCENTER #2766 | Food & Drink | Sale | -71.57 | | |
| 3583 | 2023-08-03 | 2023-08-03 | WESTELM.COM | Repair & Maintenance | Sale | -6556.08 | | |
| 3583 | 2023-01-27 | 2023-01-29 | TARGET        00024794 | Merchandise & Inventory | Sale | -107.27 | | |
| 3583 | 2023-01-22 | 2023-01-23 | Amazon Retail | Merchandise & Inventory | Sale | -36.63 | | |
| 3583 | 2023-01-21 | 2023-01-22 | AMZN Mktp US*JC7N686K3 | Merchandise & Inventory | Sale | -68.99 | | |
| 3583 | 2023-01-20 | 2023-01-22 | TARGET        00033597 | Merchandise & Inventory | Sale | -48.4 | | |
| 3583 | 2023-01-19 | 2023-01-20 | WAL-MART #5686 | Food & Drink | Sale | -396.06 | | |

# EXHIBIT C



# EXHIBIT D

# Loan Agreement

Alchera Corporation (hereinafter referred to as the "Lender"), as the Lender and Mortgagee, and Hong Hyun Jin, as the Borrower and Mortgagor (hereinafter referred to as the "Borrower"), enter into the Loan and Mortgage Agreement as set forth below.

**Article 1 [Purpose of the Agreement]**
The "Lender" agrees to lend the amount of three hundred million won (\ 300,000,000) to the "Borrower" in accordance with the resolution of the Board of Directors on November 23, 2022.

**Article 2 [Loan Date and Interest]**
The loan amount specified in Article 1 above shall be paid by remittance from "Lender" to the account of "Borrower" on March 17, 2023, with an interest rate of 4.6% per annum, and the interest shall be paid in a lump sum together with the loan principal on the maturity date or the date of loss of due profits.
Designated Bank: Woori Bank
Account Number: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Account Owner: Hong Hyun Jin

**Article 3  Due Date and Method of Repayment**
The loan of "Borrower" is basically repayable by March 16, 2028, and the lump sum of the loan principal shall be repaid to "Lender" within the repayment date.

**Article 4 [Loss of due profits, reasons for temporary repayment]**
"Borrower" shall not refuse "Lender"'s request to repay the principal and interest even before the repayment due date in the following cases.

1. When "Borrower" terminates the commissioned relationship due to resignation, dismissal, etc.
2. If "Borrower" is sued, seized, garnished, levied, garnished, or enforced by any other creditor, or if he/she files for bankruptcy or settlement.
3. Violate any provision of this Agreement.
4. When the "Borrower" unreasonably deteriorates the condition of the property or reduces its value due to damage to the collateral.
5. The principal amount of the loan in Article 1 and 2 shall be repaid at once within 15 days from the date of occurrence of the reasons in Article 4, paragraphs 1 to 4, and at this time, "Lender" may deduct the loan from the salary immediately before the end of the commissioning relationship for the remaining loan principal amount. In addition, if there is any remaining loan principal amount after deducting the salary immediately prior to the termination of the commissioned relationship, if "Borrower" receives severance pay, "Borrower" shall immediately use the severance pay received to repay the loan principal amount.

**Article 5 [Special Provisions]**
The loan shall be used only for the purpose of purchasing housing for welfare benefits.

**Article 6 [Special Conditions]**
In addition to the general terms and conditions of the above contract, the following shall be set forth as special terms and conditions, and in the event of a conflict between the general terms and conditions and the special terms and conditions, the special terms and conditions shall take precedence.

1. The costs necessary to secure or collect the above bonds shall be borne by the debtor, "Borrower", and lawsuits and other applications for the above bonds shall be filed at the address of "Lender".

The contract is concluded as above, and two copies of the contract are made, and the seals of "Lender" and "Borrower" are sealed and kept one copy each.

March 16, 2023

Creditor (Lender and Mortgagee)

Address : 7th floor, GB2, C-dong, 25, Pangyo-ro 256beon-gil, Bundang-gu, Seongnam-si, Gyeonggi-do, Republic of Korea

Company Name : Alchera Corporation


Borrower (Borrower and Mortgagor)

Name : Hyunjin Hong (Male)

Korean Social Security Number : ▓▓▓▓▓▓▓▓▓▓

Contact Number : ▓▓▓▓▓▓▓▓

Address :