| | |
|---|---|
| 1 | Justin Kingsolver (AZ Bar No. 035476) |
| 2 | Meredith Manuel (AZ Bar No. 038381) |
|   | **CROWELL & MORING LLP** |
| 3 | 1001 Pennsylvania Avenue NW |
|   | Washington, DC 20004 |
| 4 | Telephone: 202-624-2500 |
| 5 | Email: JKingsolver@crowell.com |
|   |        MeManuel@crowell.com |
| 6 | |
| 7 | *Attorneys for Plaintiff Alchera X, Inc.* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Alchera X, Inc., a Delaware corporation, | Case No. 2:24-02166-PHX-DJH |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF SERVICE OF INITIAL RULE 26(A)(1) DISCLOSURE STATEMENT AND DISCOVERY** |
| Jin Hong, an Arizona resident, | |
| Defendant. | |

Plaintiff, by and through undersigned counsel, hereby gives notice that the Plaintiff's First Cumulative Rule 26(a)(1) Disclosure Statement was sent to Defendant. In addition, pursuant to LRCiv. 5.2, Plaintiff hereby gives notice that its First Set of Requests for Admission, First Set of Interrogatories, and First Set of Requests for Production of Documents, were served upon Defendant via email to Defendant's counsel of record on November 19, 2024.

| | |
|---|---|
| Dated: November 19, 2024 | **CROWELL & MORING LLP**<br><br>*/s/ Justin D. Kingsolver*<br>Justin Kingsolver, AZ Bar No. 035476<br>Meredith Manuel, AZ Bar No. 038381<br>**CROWELL & MORING LLP**<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20003<br>Phone: 202-624-2927<br>Email: JKingsolver@crowell.com<br>           MeManuel@crowell.com<br><br>*Counsel for Plaintiff Alchera X, Inc.* |

## **CERTIFICATE OF SERVICE**

I, Justin Kingsolver, hereby certify that a true and correct copy of this document was served by electronic mail on Defendant's counsel of record on November 19, 2024.

/s/ *Justin D. Kingsolver*
Justin Kingsolver
*Attorney for Alchera X, Inc.*